# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: <br> SHARON D JAMES <br><br> Debtor(s) | Case No. 12-24282 |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/15/2012.

2) The plan was confirmed on 10/22/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 01/06/2014.

6) Number of months from filing to last payment: 11.

7) Number of months case was pending: 20.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $12,351.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $1,966.98 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $1,966.98

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $1,740.57 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $96.41 |
| Other | $10.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,846.98

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANTAGE CASH SERVICES | Unsecured | 210.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL CHOICE | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| AT&T | Unsecured | 437.00 | NA | NA | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 90.00 | 181.00 | 181.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 1,515.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 21,725.00 | 25,066.68 | 25,066.68 | 120.00 | 0.00 |
| CASH JAR | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SVCS LLC | Unsecured | 687.00 | 687.62 | 687.62 | 0.00 | 0.00 |
| CHELA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 496.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 474.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO SECONDS | Unsecured | 376.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 702.00 | NA | NA | 0.00 | 0.00 |
| FIFTH THIRD BANK | Unsecured | 633.00 | NA | NA | 0.00 | 0.00 |
| FIRESIDE LOAN | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| IL STATE TOLL HWY | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS DEPARTMENT OF UNEMPL | Unsecured | 3,000.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Unsecured | 170.00 | 0.00 | 893.58 | 0.00 | 0.00 |
| ILLINOIS TITLE LOANS | Secured | NA | 893.58 | 893.58 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,696.00 | 3,322.86 | 3,322.86 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 98.65 | 98.65 | 0.00 | 0.00 |
| ISAC | Unsecured | NA | 65,582.82 | 65,582.82 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 442.00 | 680.00 | 680.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 87.00 | 87.35 | 87.35 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 78.00 | 78.93 | 78.93 | 0.00 | 0.00 |
| LASALLE BANK | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,500.00 | 1,699.00 | 1,699.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MANSARD APARTMENTS | Unsecured | 2,820.00 | NA | NA | 0.00 | 0.00 |
| MANSARDS | Unsecured | 2,821.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 250.00 | 250.00 | 250.00 | 0.00 | 0.00 |
| NATIONAL REC | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 3,800.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY AVENUE | Unsecured | 402.00 | NA | NA | 0.00 | 0.00 |
| PERIODONTIC ASSOCIATES | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | 84,204.54 | 84,204.54 | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 688.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 300.00 | 1,378.40 | 1,378.40 | 0.00 | 0.00 |
| SVM MGMT | Unsecured | 2,245.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | 106.00 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 999.00 | NA | NA | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Unsecured | 1,413.00 | 1,460.84 | 1,730.09 | 0.00 | 0.00 |
| UNITED CONSUMER FINANCIAL SRV | Secured | NA | 269.25 | 269.25 | 0.00 | 0.00 |
| US DEPT ED NELNET | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | NA | 42,830.01 | 42,830.01 | 0.00 | 0.00 |
| VILLAGE OF SOUTH HOLLAND | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| VIP PDL SERVICES LLC | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| WESTERN SKY FUNDING | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| WORLDWIDE CONSUMER GROUP | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $25,066.68 | $120.00 | $0.00 |
| All Other Secured | $1,162.83 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$26,229.51** | **$120.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,322.86 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,322.86** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$200,381.99** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,846.98 |
| Disbursements to Creditors | $120.00 |
| **TOTAL DISBURSEMENTS** : | **$1,966.98** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/05/2014                              By: /s/ Tom Vaughn
                                                                   Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**